AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division


**ELMER VARNER,**

        **Plaintiff,**

        **JUDGMENT IN A CIVIL CASE**

**vs.**

        **CASE NO. C2-08-0398**
**MICHELLE VIETS, et al.,**        **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed March 11, 2009, JUDGMENT is hereby entered DISMISSING this case for failure to prosecute.**


Date: March 11, 2009        JAMES BONINI, CLERK


        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk